UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CYTEC ENGINEERED MATERIALS INC., a Delaware corporation, <br><br> Defendant. | NO.   C21-01024-RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Gillian Schroff Raleigh of Jones Day, attorneys for Defendant, Cytec Engineered Materials Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this *29th* day of *October*, 2021.

//

//

//

//

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE – C21-01024-RSL
Page 1 of 2

REID, McCARTHY, BALLEW & LEAHY, L.L.P.          JONES DAY


*s/Russell J. Reid*                              *s/Gillian Schroff  Raleigh*
Russell J. Reid, WSBA #2560                      Gillian Schroff Raleigh, WSBA #51515

100 West Harrison Street, N. Tower, #300         1221 Peachtree Street NE, Ste 400
Seattle WA 98119                                 Atlanta GA 30361
Telephone:  (206) 285-0464                       Telephone:  (404) 581-8940
Email:  rjr@rmbllaw.com                          Email:  gschroff@jonesday.com


Attorney for Plaintiff                           Attorney for Defendant


## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 1st day of November, 2021.


*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By:  *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone:  (206) 285-0464
Email:  rjr@rmbllaw.com
Attorney for Plaintiff